Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com
*Attorneys for Defendant AtData, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV and WILLIAM SULLIVAN,<br><br>                                        Plaintiffs,<br><br>v.<br><br>ATDATA, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>                                        Defendants. | (Electronically Filed)<br><br><br><br><br><br><br><br>CIVIL ACTION<br><br><br><br>Civil Action No. _____ |

**DECLARATION OF ANGELO A. STIO III, ESQ.**

I, Angelo A. Stio III, Esq. declare as follows:

1. I am a citizen of the United States, over 18 years of age, and competent to testify as to the matters contained in this Declaration. If called as a witness, I could and would competently testify as to these same facts.

2. I am a partner with the law firm Troutman Pepper Hamilton Sanders, LLP, which

is representing Defendant AtData, LLC ("AtData") in the above-captioned matter.

3.       Attached as **Exhibit 1** is a true and correct copy of Plaintiff Edwin Maldonado's public facing LinkedIn profile.

4.       Attached as **Exhibit 2** is a true and correct copy of Plaintiff Peter Andreyev's public facing LinkedIn profile.

5.       On March 10, 2024, I viewed the website for the State of New Jersey's Employee Phone Directory webpage, Franklin Township Police Department of Franklin Township, New Jersey, which listed Plaintiff William Sullivan as a current employee of the Department of Corrections. A true and correct screenshot of the State of New Jersey's Employee Phone Directory webpage, listing Plaintiff Sullivan as a current employee, is attached as **Exhibit 3**.

6.       On March 10, 2024, I viewed the website for the Franklin Township Police Department of Franklin Township, New Jersey, which listed Plaintiff Pat Colligan as a current Police Detective. A true and correct screenshot of the Franklin Township Police Department webpage, listing Defendant Colligan's employment status as of March 10, 2024, is attached herewith as **Exhibit 4**.

7.       According to the Delaware Secretary of State website (https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx), AtData is a Delaware Corporation. AtData's principal place of business is located at 770 Legacy Pl, 2nd Floor, Dedham, Massachusetts 02026. *See* https://atdata.com/contact-us/.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2024

                                                  s/ Angelo A. Stio
                                                  Angelo A. Stio III, Esq.