Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant AtData, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>ATDATA, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>Defendants. | (Electronically Filed)<br><br><br><br><br>CIVIL ACTION<br><br><br>Civil Action No. _____ |

**STATEMENT OF OWNERSHIP PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant AtData, LLC ("AtData") certifies that AtData is a Delaware limited liability company. AtData is a wholly owned subsidiary of FreshAddress TopCo LLC, a Delaware limited liability company. The members of FreshAddress TopCo LLC—none of whom are incorporated in or residents of New Jersey—are TZP Small Cap Partners I, LLC; FreshAddress Co-Investment Holdings, LLC;

-2-

TowerData Holdings, Inc.; FreshAddress Holdings, Inc.; TD Management Holdings LLC; and FreshAddress Management Incentive Aggregator, LLC. None of the members of those entities are incorporated in or residents of New Jersey.

        Respectfully submitted,

        s/ Angelo A. Stio III
        Angelo A. Stio III
        Melissa A. Chuderewicz
        **TROUTMAN PEPPER HAMILTON SANDERS LLP**
        Suite 400
        301 Carnegie Center
        Princeton, NJ 08540-6227
        (609) 951-4125
        angelo.stio@troutman.com
        melissa.chuderwicz@troutman.com

        *Attorneys for Defendant AtData, LLC.*

Dated: April 1, 2024