Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com
*Attorneys for Defendant AtData, LLC*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV and WILLIAM SULLIVAN,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ATDATA, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>　　　　　　　　　　　　　　Defendants. | (Electronically Filed)<br><br><br><br><br><br><br><br>CIVIL ACTION<br><br><br><br>Civil Action No. _____ |

**DIVERSITY DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, defendant AtData, LLC hereby states that it is a Delaware limited liability company with its principal place of business in Massachusetts.

Pursuant to 28 U.S.C. 1746 and Fed. R. Civ. P. 11, I certify that the foregoing is true and accurate.

-2-

        Respectfully submitted,

        <u>s/ Angelo A. Stio III</u>
        Angelo A. Stio III
        Melissa A. Chuderewicz
        **TROUTMAN PEPPER**
        **HAMILTON SANDERS LLP**
        Suite 400
        301 Carnegie Center
        Princeton, NJ 08540-6227
        (609) 951-4125
        angelo.stio@troutman.com
        melissa.chuderewicz@troutman.com

        *Attorneys for Defendant AtData, LLC*

Dated: April 1, 2024