Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400, 301 Carnegie Center
Princeton, NJ 08540-6277
609.462.0808
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant ATData, LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | (Electronically Filed) |
| Plaintiffs, | |
| v. | Civil Action No. 2:24-cv-04447 |
| ATData, LLC, et al., | **NOTICE OF APPEARANCE** |
| Defendants. | |

The undersigned hereby appears on behalf of Defendant ATData, LLC in the above matter.

        Respectfully,

        **TROUTMAN PEPPER HAMILTON SANDERS LLP**

By:   /s/ Melissa A. Chuderewicz
        Melissa A. Chuderewicz
        301 Carnegie Center, Suite 400
        Princeton, NJ 08540-6227
        (609) 951-4118
        melissa.chuderewicz@troutman.com

        *Attorneys for Defendant ATData, LLC*

Dated: April 2, 2024