Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540-6227

troutman.com

**Angelo A. Stio III**
D 609.951.4125
angelo.stio@troutman.com

April 10, 2024

**VIA ECF**

The Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

> **Re:** *Atlas Data Privacy Corp., et al v. AtData LLC et al.*
> **Civil Action No. 1:24-cv-04447-HB**

Dear Judge Bartle:

    This firm represents Defendant AtData, LLC LLC ("Defendant") in the above-referenced matter. Defendant seeks to have Ronald I. Raether, Esq. admitted *pro hac vice*. Enclosed is the supporting declaration of Mr. Raether setting forth his qualifications, together with my declaration in support of his application and the Proposed Order granting pro hac vice admission.

    The parties have consented to this application. We respectfully request the entry of the enclosed proposed order.

    Thank you for the Court's consideration of this request.

                            Respectfully submitted,

                             /s/ Angelo A. Stio, III
                             Angelo A. Stio, III

cc:    Rajiv D. Parikh, Esq.
       Mark Mao, Esq.
       John Yanchunis, Esq.
       Ronald I. Raether, Esq.

Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com

*Attorneys for Defendant AtData, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>ATDATA, LLC, RICHARD ROES 1- 10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>Defendants. | Civil Action No. 1:24-cv-04447-HB<br><br>**DECLARATION OF ANGELO A. STIO III IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE OF RONALD I. RAETHER, JR.** |

I, ANGELO A. STIO III, of full age, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner in the firm of Troutman Pepper Hamilton Sanders LLP and am admitted to practice before the courts of the State of New Jersey and the United States District

2

Court for the District of New Jersey. I am a member in good standing of both bars, and I am not under suspension or disbarment by these courts or by any other court or jurisdiction.

2. I submit this declaration in support of the application by Defendant AtData, LLC ("Defendant") for the admission *pro hac vice* of Ronald I. Raether, Jr. of Troutman Pepper Hamilton Sanders LLP, 5 Park Plaza, Suite 140, Irvine, CA 92614 to appear in this action as counsel for Defendant.

3. Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me or other Troutman Pepper attorney duly licensed to practice law in the District of New Jersey. Further, I agree to promptly notify the attorney admitted *pro hac vice* of the receipt of all notices, orders, and pleadings.

4. Pursuant to Local Civil Rule 101.1, I understand that I shall be held responsible for the conduct of the case and shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice*. I shall ensure that the attorney admitted *pro hac vice* will comply with Local Civil Rule 101.1(c).

5. Accordingly, on behalf of Defendant, I respectfully request that the Court grant the instant application to have Ronald I. Raether, Jr., admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 10, 2024
Princeton, NJ

                        */s/ Angelo A. Stio III*
                         Angelo A. Stio III, Esq.

Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com

*Attorneys for Defendant AtData, LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>ATDATA, LLC, RICHARD ROES 1- 10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>Defendants. | Civil Action No. 1:24-cv-04447-HB<br><br>**DECLARATION OF RONALD I. RAETHER, JR. IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |

I, RONALD I. RAETHER, JR., of full age, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner of Troutman Pepper Hamilton Sanders LLP, counsel for Defendants AtData, LLC ("Defendant") in their Orange County, California office. I submit this declaration in

4

support of my application pursuant to Local Civil Rule 101.1 to permit me to appear and participate *pro hac vice* as counsel for Defendant.

    2.    Pursuant to Local Rule 101.1(c)(1), I declare that I was admitted to practice law and am a member in good standing of the following bars:

| **Bar** | **Date Admitted** |
|---|---|
| Supreme Court of Ohio<br>65 South Front Street<br>Columbus, OH 43215-3431 | May 12, 1997 |
| Supreme Court of California<br>350 McAllister St., Room 1295<br>San Francisco, CA 94102 | May 22, 2015 |
| Supreme Court of Minnesota<br>25 Rev Dr. Martin Luther King Jr. Boulevard<br>St. Paul, MN 55155 | January 17, 1997 |
| Supreme Court of the United States<br>1 First Street, NE<br>Washington, DC 20543 | January 9, 2012 |
| U.S. District Court – Central District of California<br>350 W. 1st Street<br>Los Angeles, CA 90012 | June 1, 2015 |
| U.S. District Court – Eastern District of California<br>Robert T. Masui<br>501 I Street<br>Sacramento, CA 95814 | December 17, 2020 |
| U.S. District Court – Northern District of California<br>Philip Burton Federal Building & United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | June 2, 2015 |
| U.S. District Court – Southern District of California<br>James M. Carter & Judith N. Keep<br>United States Courthouse<br>221 West Broadway | June 1, 2015 |

| | |
|---|---|
| San Diego, CA 92101 | |
| U.S. District Court –District of Colorado<br>Alfred A. Arraj United States Courthouse<br>901 19th Street<br>Denver, CO 80294 | August 14, 2014 |
| U.S. District Court – Eastern District of Michigan<br>Theodore Levin United States Courthouse<br>231 W. Lafayette Blvd., Room 599<br>Detroit, MI 48226 | February 14, 2014 |
| U.S. District Court –District of Minnesota<br>Diana E. Murphy United States Courthouse<br>300 South Fourth Street, Suite 202<br>Minneapolis, MN 55415 | September 14, 2020 |
| U.S. District Court – Southern District of Ohio<br>Joseph P. Kinneary U.S. Courthouse<br>Room 121, 85 Marconi Boulevard<br>Columbus, OH 43215 | May 12, 1997 |
| U.S. District Court – Northern District of Ohio<br>Carl B. Stokes United States Court House<br>801 West Superior Avenue<br>Cleveland, OH 44113-1830 | December 11, 2009 |
| U.S. District Court – Eastern District of Wisconsin<br>United States Federal Building and Courthouse<br>517 E. Wisconsin Ave., Room 362<br>Milwaukee, WI 53202 | November 3, 2008 |
| U.S. District Court – Western District of Wisconsin<br>500 South Barstow Street<br>Eau Claire, WI 54701 | July 14, 2015 |
| U.S. Court of Appeals, Second Circuit<br>Thurgood Marshall US Courthouse<br>40 Foley Square<br>New York, NY 10007 | September 11, 2012 |
| U.S. Court of Appeals, Third Circuit<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790 | October 5, 2020 |

| | |
|---|---|
| U.S. Court of Appeals, Fourth Circuit<br>Lewis F. Powell Jr. Courthouse and Annex<br>1100 East Main Street, Suite 501<br>Richmond, VA 23219 | September 27, 2007 |
| U.S. Court of Appeals, Fifth Circuit<br>600 Camp Street<br>New Orleans, LA 70130 | November 24, 2008 |
| U.S. Court of Appeals, Sixth Circuit<br>100 East 5th Street<br>Cincinnati, OH 45202 | November 3, 2004 |
| U.S. Court of Appeals, Seventh Circuit<br>Everett McKinley Dirksen<br>United States Courthouse<br>219 S. Dearborn Street, Room 2722<br>Chicago, IL 60604 | June 23, 2010 |
| U.S. Court of Appeals, Eighth Circuit<br>Thomas F. Eagleton Courthouse<br>111 South 10th Street<br>St. Louis, MO 63102 | March 7, 2011 |
| U.S. Court of Appeals, Ninth Circuit<br>The James R. Browning Courthouse<br>95 7th Street<br>San Francisco, CA 94103 | February 25, 2011 |
| U.S. Court of Appeals, Tenth Circuit<br>Byron White Court House<br>1823 Stout Street<br>Denver, CO 80257 | August 25, 2004 |
| U.S. Court of Appeals, Eleventh Circuit<br>Elbert T. Tuttle Courthouse<br>56 Forsyth Street, N.W.<br>Atlanta, GA 30303 | September 29, 2004 |

3. I am not under suspension or disbarment by any court, and I am eligible for admission to the bar of this Court under Local Civil Rule 101.1(c). There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed

on me in any jurisdiction. I shall notify the Court immediately of any matter affecting my standing at the bar of any court.

4. I understand that upon admission *pro hac vice*, I am subject to the orders and amenable to the disciplinary action and the civil jurisdiction of this Court and the New Jersey State Bar in all respects as if I were regularly admitted and a licensed member of the Bar of the State of New Jersey in good standing.

5. In accordance with Local Civil Rule 101.1(c)(4), Angelo A. Stio III of Troutman Pepper Hamilton Sanders LLP, a member in good standing of the bar of this Court and the Supreme Court of the State of New Jersey, will continue to be responsible for signing all papers, making all appearances, signing stipulations and signing and receiving payments on judgments, decrees or orders, unless otherwise excused by the Court.

6. Upon being admitted *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), for any year in which I continue to appear in this matter.

7. Upon being admitted *pro hac vice*, I shall also promptly make payment to the Clerk of the District Court for the District of New Jersey as provided by Local Civil Rule 101.1(c)(3).

8. Pursuant to Local Civil Rule 101.1(c)(4), I understand that upon being admitted *pro hac vice* I am deemed to have agreed to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

9. I agree to abide by the provision of Local Civil Rule 101.1(c).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 10, 2024

_____
Ronald I. Raether, Jr. Esq.

Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com

*Attorneys for Defendant AtData, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>ATDATA, LLC, RICHARD ROES 1- 10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>Defendants. | Civil Action No. 1:24-cv-04447-HB<br><br>**[PROPOSED] ORDER GRANTING THE *PRO HAC VICE* ADMISSION OF RONALD I. RAETHER, JR.** |

This matter having come before the Court on the application of Troutman Pepper Hamilton Sanders LLP, attorneys for Defendant AtData, LLC for the admission *pro hac vice* of Ronald I. Raether, Jr., pursuant to Local Civil Rule 101.1; and the Court having considered the submissions made in support of the application; and for good cause shown;

IT IS on this ___ day of April, 2024

ORDERED that the application for the *pro hac vice* admission of Ronald I. Raether, Jr. is granted;

IT IS FURTHER ORDERED that Ronald I. Raether, Jr. shall abide by all rules of this Court, including all disciplinary rules and shall notify the Court immediately of any matter affecting his standing at the bar of any court;

IT IS FURTHER ORDERED that Ronald I. Raether, Jr. is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against him that may arise from his participation in this matter;

IT IS FURTHER ORDERED that Angelo A. Stio III of Troutman Pepper Hamilton Sanders LLP shall (a) be the attorney of record for Defendants in this case in accordance with Local Civil Rule 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon Ronald I. Raether, Jr.; (c) sign (or arrange for an attorney with the firm admitted to practice in New Jersey to sign) all pleadings, briefs and other papers submitted to this Court; (d) appear (or arrange for an attorney with the firm admitted to practice in New Jersey to appear) at all proceedings; and (e) be responsible for the conduct of Ronald I. Raether, Jr. in this matter;

IT IS FURTHER ORDERED that Ronald I. Raether, Jr. shall make payment to the New Jersey Lawyer's Fund for Client Protection, pursuant to New Jersey Court Rule 1:28-2 for each year in which he represents the client in this matter;

IT IS FURTHER ORDERED that Ronald I. Raether, Jr. shall pay the fee to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3); and

IT IS FURTHER ORDERED that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial, or other proceedings shall occur because of the participation of Ronald I. Raether, Jr. or his inability to be in attendance at proceedings.

_____<br>
Honorable Harvey Bartle III, U.S.D.J.

Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com

*Attorneys for Defendant AtData, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>ATDATA, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>Defendants. | Civil Action No. 1:24-cv-04447-HB<br><br>**CERTIFICATE OF SERVICE** |

I, Angelo A. Stio III, hereby certify as follows:

1. I am an attorney at law of the State of New Jersey and a member of the firm of Troutman Pepper Hamilton Sanders LLP, attorneys for Defendant AtData, LLC ("Defendant") in the above-captioned matter.

13

2. On April 10, 2024, the following documents were electronically filed with the Clerk of the Court:

    a. Letter application for Admission Pro Hac Vice of Ronald I. Raether, Jr.;

    b. Declaration of Angelo A. Stio III in Support of Application for Admission Pro Hac Vice of Ronald I. Raether, Jr.;

    c. Declaration of Ronald I. Raether, Jr. in Support of Application for Admission Pro Hac Vice;

    d. Proposed Form of Order; and this

    e. Certificate of Service

3. I further certify that these documents were sent to counsel of record via the CM/ECF system and to the following counsel via email:

> Rajiv D. Parikh
> Kathleen Barnett Einhorn
> Pem Law LLP
> 1 Boland Dr., Suite 101
> West Orange, New Jersey 07052
> rparikh@pemlawfirm.com
> keinhorn@pemlawfirm.com
>
> Mark Mao
> Boies Schiller Flexner LLP
> 44 Montgomery Street, 41st Floor
> San Francisco, CA 94104
> mmao@bsfllp.com
>
> John Yanchunis
> Morgan and Morgan
> 201 N. Franklin Street, 7th Floor
> Tampa FL 33602
> jyanchunis@ForThePeople.com

Dated: April 10, 2024

                                        By:  /s/ Angelo A. Stio
                                                 Angelo A. Stio III