Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant ATData, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ATDATA, LLC, et al., <br><br> Defendants. | Civil Action No. 1:24-cv-04447-HB |

**REQUEST BY LOCAL COUNSEL FOR
*PRO HAC VICE* ATTORNEY TO
RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order granting the admission *pro hac vice* of Ronald I. Raether, Esq. in the within matter was entered on April 15, 2024 (Document Number 15); and

2. The Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

               */s/ Angelo A. Stio*
               Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:
Name:      Ronald I. Raether, Esq.
Address:   Troutman Pepper Hamilton Sanders LLP
           5 Park Plaza
           Suite 1400
           Irvine, CA  92614
Phone:     (213) 928-9800
E-Mail:    ron.raether@troutman.com