UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                                          **DATE OF PROCEEDINGS:** 5/7/2024
**JUDGE: HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell          **DOCKET #**   CV 24-4447 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
                    v.
ATDATA, LLC et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced:  2:38 PM                              Time Adjourned: 2:40 PM

Total:  2 minutes

                                                                                    s/ *David Bruey*
                                                                                    **DEPUTY CLERK**