Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540

www.troutman.com



Angelo A. Stio III
Partner
D: 609.951.4125
Angelo.Stio@troutman.com
Admitted in: New Jersey, New York, Pennsylvania

June 10, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
 Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:**    ***Atlas Data Privacy Corp., et al v. AtData, LLC,  et al,*** **(No. 1:24-cv-4447) –
Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

This firm represents the defendant AtData, LLC ("AtData") in the above-referenced matter. We write to advise the Court that AtData joins the Consolidated Motion to Dismiss Brief, which will be filed today in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Civil Action No. 1:24-cv-04105 (the "Consolidated Motion to Dismiss").  For the reasons set forth in the Consolidated Motion to Dismiss, AtData respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

*/s/ Angelo A. Stio III*
Angelo A. Stio III


cc:    Ronald Raether, Esq. (via email)
       All counsel of record via ECF

Troutman Pepper Hamilton Sanders LLP, a Georgia limited liability partnership
Delia C. Donahue, Partner-in-Charge, Princeton Office