Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540

www.troutman.com

Angelo A. Stio III
Partner
D: 609.951.4125
angelo.stio@troutman.com
Admitted in: New Jersey, New York, Pennsylvania

August 9, 2024

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:   **DANIEL'S LAW CASES – BRIEFING SCHEDULE**

Dear Judge Bartle:

      We write on behalf of the Defendants that have joined the motion asserting a facial challenge to the constitutionality of Daniel's Law (the "Motion"). [Dkt. 35], to respectfully request a 14-day extension of Defendants' deadline to file (i) a consolidated reply brief and (ii) any individual reply briefs in connection with the Motion.

      We recognize that the Court previously rejected the Parties' original proposed briefing schedule requesting that Atlas and the Attorney General have until August 16, 2024 to file their opposition briefs and Defendants have until September 16, 2024 to file a consolidated reply brief and any individual replies. However, after receiving Atlas's opposition brief, the Attorney General's opposition brief and an amicus brief filed by the National Association of Assistant United States Attorneys, the New Jersey State Policeman's Benevolent Association, Inc., and the National Association of Police Organizations, the current deadline of August 30, 2024, as set forth in the July 10, 2024 Order [Dkt. 42], does not provide sufficient time to research, write and coordinate with all Defendants on a final consolidated reply brief.

      Defendants respectfully submit that the three briefs they must respond to raise many issues, including new issues that were not raised in Defendants' consolidated moving brief. Given the complexity of constitutional issues raised, the involvement of the Attorney General and the amicus parties, and the more than seventy (70) Defendants that must be consulted on the consolidated reply brief, an additional 14-day extension is necessary to allow the Defendants adequate time to prepare their replies.

Honorable Harvey Bartle III, U.S.D.J.
August 9, 2024
Page 2



We conferred with Plaintiffs' counsel and that Attorney General on this request. The Attorney General does not oppose this request. We have not heard back from Plaintiffs' counsel on their position. Given the upcoming deadline, Defendants respectfully request that paragraph 4 of the Court's July 10, 2024 Order be amended as follows:

(4)   Defendants, on or before September 13, 2024, shall file any consolidated reply brief and any individual reply briefs. The consolidated reply brief shall not exceed 40 pages and any individual reply brief shall not exceed 5 pages.

Thank you for your consideration of this request.

Respectfully,

Angelo A. Stio III

cc:  Rajiv Parikh, Esq.
     Adam Shaw, Esq.
     John Yanchunis, Esq.
     Ryan McGee, Esq.
     Mark C. Mao, Esq.
     James Lee, Esq.
     Deputy Attorney General Kashif T. Chand