UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: October 22, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** SHARON RICCI

**TITLE OF CASE:**　　　　　　　　　　**DOCKET NO.:** 24-4447 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
ATDATA, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   HEARING ON [24] MOTION TO REMAND

Hearing on [24] Motion to Remand held on the record.
Motion taken under advisement.

　　　　　　　　　　　　　　　　　　　s/David Bruey
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Time Commenced: 12:25p.m.　　Time Adjourned: 12:30p.m.　　Total Time in Court: 0:05