## UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
## Camden, NJ

ATLAS DATA PRIVACY CORPORATION,
et al.

                        Plaintiff,

v.                                 Case No.: 1:24−cv−04447−HB
                                              Judge Harvey Bartle (EDPA), III

ATDATA, LLC, et al.

                        Defendant.


Clerk, Superior Court of New Jersey
Bergen County Justice Center
10 Main Street
Hackensack, NJ 07601

State No: BER−L−000867−24

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                              Very truly yours,

                                              CLERK OF COURT
                                              By Deputy Clerk, tf

encl.
cc: All Counsel